NEW YORK TRAP ROCK CORPORATION, Appellant, v. ALBERT PLEYDELL, as Commissioner of Purchase of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of HELEN BORST, Appellant, against CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.— Order so far as appealed from reversed, with $20 costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm. Settle order on notice. [See *post*, p. 841.]

In the Matter of the Application of RUBEL CORPORATION, Appellant, for Permission to Inspect Books, Papers and Records in the Office of JAMES D. McGANN, as Director of Franchises of the Board of Estimate of the City of New York, Respondent.— Order so far as appealed from unanimously reversed, with $20 costs and disbursements, and the motion in all respects granted. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

VEE BEE SERVICE COMPANY, Appellant, v. HOUSEHOLD FINANCE CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

WILLIAM GRIESHABER, Appellant, v. F. J. D. REALTY Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

HUGO KASTOR, Respondent, v. SAMUEL M. FOX, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ANNA E. PROVOST, Respondent, v. DANIEL E. PROVOST, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

CHAUNCEY L. CHRISTIAN, Respondent, v. SAMUEL PLATO, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Compulsory Accounting in the Estate of LEWIS C. LEDYARD, Deceased. RICHARD KNIGHT, as General Guardian of NORA KNIGHT and DINAH KNIGHT, Appellant; UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of LEWIS C. LEDYARD, JR., Deceased, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 841.]

MICHAEL SHERIFF, Appellant-Respondent, v. ALBERT A. VOLK et al., Respondents-Appellants.— Order unanimously affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

READEX MICROPRINT CORPORATION v. GENERAL ANILINE & FILM CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 657.]